PETZE, Appellant, v. LEARY, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry H. Petze against Daniel J. Leary. No opinion. Motion denied, without costs. See, also, 117 App. Div. 829, 102 N. Y. Supp. 960.

PETZE, Appellant, v. STREET, Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Henry A. Petze against Charles G. Street. R. Claughton, for appellant. C. Blandy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PIETSCHKER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme. Court, Appellate Division, First Department. April 8, 1909.) Action by Frank Pietschker against the city of New York. G. W. Alger, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

PLAUT, Appellant v. STRAUB, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Robert Plaut against John Straub, impleaded. No opinion. Motion denied, without costs. See, also, 115 N. Y. Supp. 148.

POLITO et al., Respondents, v. PETRIELLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Emanuel Polito and another against Giuseppi Petriello and others. No opinion. Judgment affirmed, with costs.

POTTER v. GILBERT. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Alma H. Potter, as administratrix, against Charles P. H. Gilbert. No opinion. Motion granted. Question certified. Order filed. See, also, 115 N. Y. Supp. 425.

QUIGG, Respondent, v. POST & McCORD, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph F. Quigg against Post & McCord. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 115 N. Y. Supp. 147.

RAFFERTY, Respondent, v. SECURITY TRUST & LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by William J. Rafferty against the Security Trust & Life Insurance Company. H. A. Rubino, for appellant. H. A. Brann, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re RANDEL. (Supreme Court, Appellate Division, First Department. April 30, 1909.)

In the matter of William F. Randel. No opinion. Motion denied. Settle order on notice.

RARITO, Appellant, v. HUDSON PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Domencio Rarito against the Hudson Portland Cement Company. No opinion. Order unanimously affirmed, with costs.

RAVENSWOOD PAPER MILL CO., Respondent, v. WIEMERS, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by the Ravenswood Paper Mill Company against John H. Wiemers. H. H. Maass, for appellant. M. Conboy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

REGIERER, Respondent, v. MOOREHEAD REALTY & CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Isaac Regierer against the Moorehead Realty & Construction Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the verdict is against the weight of evidence.

REID, Respondent, v. B. A. & G. N. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Christopher Reid against B. A. & G. N. Williams. No opinion. Judgment and order unanimously affirmed, with costs.

REIN v. ZWEBELSON. (Supreme Court, Appellate Term. May 7, 1909.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Caspar Rein against Mollie Zwebelson. From a judgment for plaintiff, and from an order denying a motion for a new trial on the ground of perjury, fraud, and newly discovered evidence, defendant appeals. Reversed, and new trial ordered. Herman Hoffman, for appellant. Lester W. Eisenberg, for respondent.

PER CURIAM. The order denying the motion for a new trial is affirmed, with $10 costs to the respondent. The record discloses a situation that induces us to believe that the interests of justice will be best subserved by granting a new trial. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

In re REUSTLE'S ESTATE. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application for a revocation of letters of administration heretofore issued in the estate of Bessie Reustle, deceased. No opinion. Decree of the Surrogate's Court of the county of Nassau affirmed, with costs.